COOLEY LLP
JOSHUA O. MATES (221068) (jmates@cooley.com)
NATHAN J KLEINER (275881) (nkleiner@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Third-Party
Natural Selections Foods, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS BICEK, individually and on behalf of all other member of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorney General Act ("PAGA"),<br><br>        Plaintiff,<br><br>        v.<br><br>C&S WHOLESALE GROCERS, INC., a Vermont Corporation; TRACY LOGISTICS, LLC, an unknown business entity, and DOES 1-100 inclusive,<br><br>        Defendants. | Case No.  3:13-mc-80130 RS<br><br>Eastern District of California<br>Case No. 2:13-cv-00411-MCE-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME**<br><br>Courtroom:  A -15th Floor<br>Judge:        Hon. Magistrate Judge<br>                Nathanael M. Cousins |

WHEREAS, pursuant to Local Rules 6-2 and 7-12, Third-Party Natural Selection Foods, LLC, d/b/a Earthbound Farm ("Earthbound"), Plaintiff Dennis Bicek ("Plaintiff"), and Defendants C&S Wholesale Grocers, Inc. and Tracy Logistics, LLC ("Defendants") submit this Stipulation and Proposed Order to amend the briefing schedule regarding pending motions to quash a subpoena served on Earthbound by Defendants.  This Stipulation and Proposed Order is supported by the Declaration of Joshua O. Mates ISO this Stipulation and Proposed Order to Change Time ("Mates Decl.").

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1324904 SF

1.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:13-MC-80130 RS

1   WHEREAS, on June 6, 2013, Defendants served Earthbound with a Subpoena To Produce

2   Documents, Information, Or Objects Or to Permit Inspection of Premises in a Civil Action (the

3   "Subpoena") issued from this Court, and served notice of the Subpoena on Plaintiff.

4   WHEREAS, Plaintiff filed an amended motion to quash the Subpoena on June 21, 2013 in

5   this Court. (Dkt. 5) ("Amended Plaintiff Dennis Bicek's Notice of Motion and Motion to Quash

6   Defendants' Subpoena to Earthbound Farm Organic, LLC; Memorandum of Points and

7   Authorities in Support Thereof") ("Plaintiff's Motion").

8   WHEREAS, Earthbound is filing a motion to quash the Subpoena on July 3, 2013 in this

9   Court.  ("Third-Party Natural Selection Foods, LLC's Notice of Motion and Motion to Quash

10  Defendants' Subpoena; Memorandum Of Points And Authorities In Support Thereof")

11  ("Earthbound's Motion").

12  WHEREAS, Earthbound's Motion and Plaintiff's Motion concern the same Subpoena

13  (and the same documents requested to be produced pursuant to the Subpoena), and any responses

14  to such motions filed by Defendants, as well as any subsequent replies filed by Plaintiff and

15  Earthbound, will concern the same Subpoena and requested documents.

16  WHEREAS, the Court has set deadlines with respect to Plaintiff's Motion that require

17  responses to be filed by July 5, 2013 and replies to be filed by July 12, 2013.

18  WHEREAS, the Court has scheduled a date for Plaintiff's Motion to be heard on July 24,

19  2013 at 1:00 P.M. (Dkt. 7.)

20  WHEREAS, it is in the interests of judicial efficiency and reflects the best use of all

21  parties' time for the Court to hear these matters at the same time.

22  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

23  the parties hereto, by their undersigned attorneys, that:

24  1. The briefing schedule for Defendants' responses to Plaintiff's Motion and Earthbound's

25  Motion will be modified such that any such responses must be filed on or before July 12, 2013;

26  2.  The briefing schedule for Earthbound and Plaintiff's replies to Defendants' responses,

27  if any, will be modified such that any such replies must be filed on or before July 19, 2012; and

28  ///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1324904 SF

2.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:13-MC-80130 RS

3.  The hearing date for Plaintiff's Motion and Earthbound's Motion will be scheduled to occur on July 31, 2013, at 1:00 p.m.

**IT IS SO STIPULATED.**

Dated: July 3, 2013                              COOLEY LLP
                                                JOSHUA O. MATES (221068)


                                                /s/  Joshua O. Mates
                                                _____
                                                Joshua O. Mates (221068)
                                                Attorneys for Third-Party


Dated: July 3, 2013                              LAWYERS FOR JUSTICE, PC
                                                JILL J. PARKER (274230)


                                                /s/  Jill J. Parker
                                                _____
                                                Jill J. Parker (274230)
                                                Attorneys for Plaintiff


Dated: July 3, 2013                              SEYFARTH SHAW LLP
                                                ANDREW M. MCNAUGHT (209093)


                                                /s/  Andrew M. McNaught
                                                _____
                                                Andrew M. McNaught (209093)
                                                Attorneys for Defendants


## ATTESTATION OF FILER

Pursuant to Local Rule 5-1 regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

Dated:   July 3, 2013                            COOLEY LLP
                                                JOSHUA O. MATES (221068)
                                                NATHAN J. KLEINER (275881)

                                                /s/  Joshua O. Mates
                                                _____
                                                Joshua O. Mates (221068)
                                                Attorneys for Third-Party
                                                NATURAL SELECTION FOODS, LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1324904 SF                                       3.

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. 3:13-MC-80130 RS

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2   Dated: July 5, 2013

3

4   THE HON                                                      COUSINS
    United Stat

5

6                                              Judge Nathanael M. Cousins

7

8

GRANTED

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1324904 SF

4.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:13-MC-80130 RS