UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS BICEK,<br><br>        Plaintiff,<br><br>        v.<br><br>C&S WHOLESALE GROCERS, INC., et al.,<br><br>        Defendants. | Case No. 13-mc-80130 RS (NC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>Re: Dkt. No. 16 |

On July 30, 2013, plaintiff's counsel filed a request to appear telephonically at the hearing on the motions to quash a subpoena served by Defendants on non-party Earthbound set for July 31, 2013 at 1:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Plaintiff's counsel shall stand by beginning at the date and time above until called by the Court. Counsel shall call the Court's courtroom deputy at 415.522.2039 to provide the Court with a direct dial number for this appearance.

IT IS SO ORDERED.

Date: July 30, 2013

                                              Nathanael M. Cousins
                                              United States Magistrate Judge